IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MUSA SAEED MUHAMMAD, | |
|---|---|
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 18-172 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| *Defendant.* | |

# ORDER

**AND NOW**, this 23rd day of May, 2019, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Timothy Rice, (R&R, ECF No. 25) and the parties' Objections and responses thereto, (ECF Nos. 29 & 35), it is hereby **ORDERED** that the Commissioner's objections are sustained, the R&R is overruled and the case is referred back to Judge Rice to address the merits of Muhammad's claims.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.